UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :    **ORDER**
v.                                      :
                                        :    15 CR 468-8  (VB)
SAM REED,                               :
            Defendant.                  :
------------------------------------------------------x

    It is hereby ORDERED that Jean D. Barrett, Esq. is re-appointed as attorney for defendant Sam Reed in this violation of supervised release proceeding, pursuant to the Criminal Justice Act.  This appointment is effective as of April 10, 2024.

Dated:  April 12, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge