Case 7:15-cr-00468-VB   Document 233   Filed 08/19/24   Page 1 of 2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-24

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 19, 2024

**BY ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sam Reed*, **15 Cr. 468-8 (VB)**
      **Status Update**

Dear Judge Briccetti:

---

APPLICATION GRANTED:

For the reasons set forth in the government's letter, the status conference scheduled for 8/29/2024 is adjourned to **10/29/2024**, at **11:30 a.m.** A status report is due by **10/22/2024**.

SO ORDERED:

*[signature]*

Vincent L. Briccetti, U.S.D.J.
August 19, 2024

---

  The Government respectfully submits this letter regarding the status of Sam Reed's state criminal proceedings, which concern the same conduct that forms the basis of four specified violations of Reed's term of supervision.

  On June 12, 2024, the Government notified the Court that, at that time, Reed had indicated that he was not interested in a pre-trial disposition of his state proceeding, and the Assistant District Attorney handling the case was expecting to seek to indict Reed in the coming weeks. But on August 13, 2024, the ADA informed the Government that Reed's state counsel was now asking the District Attorney's Office to forego seeking an indictment for the time being, as Reed would like to discuss a potential disposition. That process is still ongoing.

  Given that Reed's state case remains pending, the Government respectfully requests that the Court adjourn the status conference currently scheduled for August 29, 2024, and set a new control date approximately 60 to 90 days thereafter. Should the Court grant that request, the Government will file a status update letter approximately one week before that control date (or at any other time ordered by the Court) to update the Court on the status of Reed's state prosecution. As Reed is not in federal custody and was released under the same conditions of supervision that he was already under before these violation proceedings were initiated, this adjournment should pose no hardship on Reed.

Hon. Vincent Briccetti  Page 2 of 2
August 19, 2024

    Defense counsel has indicated that Reed does not object to the Government's request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By: */s/ David A. Markewitz*
        David A. Markewitz
        Assistant United States Attorney
        (914) 993-1920

Cc:    Counsel of Record (by ECF)